**Must comply with Local Rule 2084-17.**

**IT IS HEREBY ADJUDGED and DECREED this is DENIED.**

**Dated: December 11, 2018**

_Scott H. Gan, Bankruptcy Judge_

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 13 Case |
| KAREN PATRICIA MURRAY, | No. 4:18−bk−14284−SHG |
| Debtor. | **ORDER GRANTING MOTION TO REINSTATE CASE AND MOTION TO EXTEND TIME TO FILE LISTS, STATEMENTS AND SCHEDULES, §521-REQUIRED DOCUMENTS AND CHAPTER 13 PLAN** |

THE DEBTOR, having filed her Motion to Reinstate and Motion to Extend Time to File

Lists, Statements And Schedules, §521-Required Documents And Chapter 13 Plan good cause

appearing,

IT IS HEREBY ORDERED that this case is REINSTATED and

IT IS FURTHER ORDERED that Schedules A through J, the Statement of Financial

Affairs, the Attorney Disclosure Statement, the Chapter 13 Plan, the Debtor's Statement of

Current Monthly Income and Disposable Income and the Debtor's Payment Advices Declaration

be filed on or before December 21, 2018.

**DATED AND SIGNED ABOVE**